IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONELLO BOLDRINI, | : | CIVIL ACTION NO. 3:13-CV-2485 |
| Plaintiffs | : | Judge Caputo |
| v. | : | Magistrate Judge Blewitt |
| LEWIS W. WETZEL, et al., | : | |
| Defendants | : | |

FILED
SCRANTON
OCT 0 4 2013
PER /\
DEPUTY CLERK

### ORDER

**AND NOW,** this ____ day of **October, 2013, IT IS HEREBY ORDERED THAT:**

1. Plaintiff Antonello Boldrini shall file an Amended Complaint by **October 18, 2013**, as specified in the foregoing Memorandum.

2. Plaintiff's Amended Complaint shall properly allege a claim under 42 U.S.C. § 1983, as discussed in the foregoing Memorandum.

3. Plaintiff's Amended Complaint shall be filed to the same docket number as the instant action and shall be entitled "Amended Complaint."

4. Plaintiff's Amended Complaint shall be complete in all respects. It shall be a new pleading which stands by itself as an adequate complaint without reference to the complaint already filed. The amended complaint shall also be "simple, concise, and direct", as required by the Rules of Civil Procedure. Fed.R.Civ.P. 8(e)(1).

10

5. Failure of Plaintiff to timely file his Amended Complaint as directed in the foregoing Memorandum will result in a recommendation that his action be dismissed.

6. Plaintiff is directed not to serve any Defendant with the Summons and his original Complaint.

THOMAS M. BLEWITT
United States Magistrate Judge

**Dated: October , 2013**